[No. 8733-9-I. Division One. February 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WENDELL
ELLIS KENOLY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79-1-0175-3, Jack P. Scholfield, J., entered
March 19, 1980. *Reversed* and *remanded* by unpublished
opinion per Ringold, J., concurred in by Durham, A.C.J.,
and James, J.

[No. 9761-0-I. Division One. February 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
DEAN LOBATO, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-8-04478-0, Robert E. Dixon, J., entered
December 18, 1980. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Swanson and Corbett, JJ.

[No. 9554-4-I. Division One. February 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
J. DANGER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-8-03201-3, Jack P. Scholfield, J., entered
October 16, 1980. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Swanson and Corbett, JJ.